GEORGE D. MONGER, *et al.*, v. THE BOARD OF COMMIS-SIONERS OF HARVEY CO.

AT the September Term, 1876, of the district court of Harvey county, the *Board of Commissioners* of said county, as plaintiff, recovered a judgment against *Monger* and four other defendants, who bring the case to this court for review.

*C. S. Bowman*, for plaintiffs in error.

*A. L. Greene*, for defendant in error.

*Per Curiam:* The judgment of the court below in this case will be reversed, and cause remanded for further proceedings. This decision is made upon the authority of the decision in the case of *Riddel v. School District*, 15 Kas. 168. See, also, *Citizens' Life Association v. Nugent*, 11 Vroom (N. J.), 225; *Dover v. Twombly*, 42 N. H. 59; *Mayor, &c., v. Horn*, 2 Harr. (Del.) 190.